# United States Court of Appeals
## For the Eighth Circuit

_____

No. 12-2612
_____

United States of America,

*Plaintiff - Appellee*,

v.

Michael D. Holiway,

*Defendant - Appellant*.

_____

Appeal from United States District Court
for the Western District of Missouri - Kansas City

_____

Submitted: February 7, 2013
Filed: February 14, 2013
[Unpublished]

_____

Before MURPHY, SMITH, and COLLOTON, Circuit Judges.

_____

PER CURIAM.

Michael Holiway appeals the within-Guidelines-range sentence the district court[1] imposed after he pled guilty to being a felon in possession of a firearm, in

_____

[1]The Honorable Fernando J. Gaitan, Jr., Chief Judge, United States District Court for the Western District of Missouri.

violation of 18 U.S.C. §§ 922(g)(1), 924(a)(2). His counsel has moved to withdraw, and has filed a brief under <u>Anders v. California</u>, 386 U.S. 738 (1967), arguing that the sentence is greater than necessary to meet the statutory goals of sentencing.

Upon careful review, we find no basis for concluding that the district court imposed a sentence that was greater than necessary to meet the statutory goals of sentencing or otherwise abused its discretion in sentencing Holiway. <u>See</u> <u>United States v. Gall</u>, 552 U.S. 38, 51 (2007) (discussing appellate court review of sentencing decision under abuse-of-discretion standard; noting that appellate court may apply presumption of reasonableness to within-Guidelines-range sentence); <u>see also</u> <u>United States v. Feemster</u>, 572 F.3d 455, 461 (8th Cir. 2009) (en banc) (describing ways in which district court might be found to have committed abuse of discretion).

Finally, having reviewed the record independently under <u>Penson v. Ohio</u>, 488 U.S. 75, 80 (1988), we find no non-frivolous issues. Accordingly, we affirm the judgment of the district court, and we grant counsel's motion to withdraw.

_____